## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

STEPHANIE L. SISTRAT,

     Plaintiff,

v.                                                    Case No. 6:21-cv-1925-RBD-DAB

ELITE AUTO SERVICES OF
ORLANDO, LLC,

     Defendant.

_____

## **ORDER**

In this Fair Labor Standards Act case, Defendant defaulted, and Plaintiff moved for a default judgment (Doc. 17 ("Motion"); *see* Doc. 21). On referral, U.S. Magistrate Judge David A. Baker, after an initial Report and Recommendation (Doc. 19 ("R&R")) was mooted, has now entered an amended R&R (Doc. 22 ("Amended R&R")) recommending that the Court grant the Motion. The time has passed and there were no objections, so the Court examines the Amended R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, it is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 19) is **REJECTED AS MOOT**.

2.     The Amended R&R (Doc. 22) is **ADOPTED AND CONFIRMED** and

made a part of this Order in its entirety.

3.     The Motion (Doc. 17) is **GRANTED**.

4.     The Clerk is **DIRECTED** to enter a final default judgment in favor of Plaintiff Stephanie L. Sistrat and against Defendant Elite Auto Services of Orlando, LLC in the amount of $36,351.60 in damages, $7,200.00 in attorney's fees, and $502 in costs.

5.     The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 5, 2022.

ROY B. DALTON JR.
United States District Judge